UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:96-CR-42-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL HILL, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's pro se motion for reconsideration [DE-76]. Hill seeks reconsideration of the court's December 18, 2013 order denying his § 3582(c) motion. However, on December 20, 2013, the local Federal Public Defender filed a notice of appeal of that order on Hill's behalf. *See* Notice of Appeal [DE-72]. The court does not have jurisdiction over the issues raised in Hill's motion for reconsideration because those issues are now before the Fourth Circuit. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Hill's motion [DE-76] is therefore DENIED. The Clerk of Court is DIRECTED to mail a copy of this order to Hill.

SO ORDERED.

This the _16_ day of January, 2014.

JAMES C. FOX
Senior United States District Judge